**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division**

JOHN MILLER *et al.*,

    *Plaintiffs*,

v.                                          Civil Action No. 14-3346

FREDERICK COUNTY BOARD
OF ELECTIONS *et ano.*,

    *Defendants.*

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)–(B), Plaintiffs hereby dismiss this action without prejudice. Plaintiffs have not previously filed nor dismissed any federal- or state-court action based on or including the same claims at issue in this case.

DATED:      November 7, 2014                 Respectfully submitted,

                                                      /s/_____
                                                      Daniel M. Gray, Esq.
                                                      Member, Maryland Bar
                                                      Law Offices of Daniel M. Gray, LLC
                                                      7617 Virginia Avenue
                                                      Falls Church, VA 22043
                                                      Tel. (703) 204-0164
                                                      Fax (703) 204-1449

                                                      *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on 7 November 2014 I electronically filed the foregoing notice of voluntary dismissal without prejudice. The ECF system advises counsel for both defendants is registered for electronic service via said system.

/s/_____
Daniel M. Gray, Esq.
Member, Maryland Bar
Law Offices of Daniel M. Gray, LLC
7617 Virginia Avenue
Falls Church, VA 22043
Tel. (703) 204-0164
Fax (703) 204-1449

*Counsel for Plaintiff*